NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CEPHALON, INC. AND CIMA LABS, INC.,
*Plaintiffs-Appellants,*

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.,
AND WATSON PHARMA, INC.,
*Defendants-Appellees.*

---

2011-1325

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0330, Judge Sue L. Robinson.

---

## ON MOTION

---

## ORDER

Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Watson Pharma, Inc., move for a 30-day extension of time, until April 4, 2012, to file their opening brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William F. Lee, Esq.
     James K. Stronski, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK